# EXHIBIT B

**Judiciary eCourts System - Civil Part**    Home   Help   Logout

**CASE JACKET**                                                                                         User: Jeanne Dietrick

**Docket Number:** MER L 000284 - 24

[Back]                                                                                                  [Create Summary Report]

**Case Caption:** Atlas Data Privacy C Orporatio Vs Fortnoff Finan
**Court:** Civil Part
**Case Type:** Other
**Case Track:** 1
**# of Discovery Days:** 150
**Original Discovery End Date:**
**Original Arbitration Date:**
**Original Trial Date:**
**Disposition Date:**

**Venue:** Mercer
**Case Status:** Active
**Judge:** Douglas H Hurd
**Age of Case:** 00 YR 01 MO
**Current Discovery End Date:**
**Current Arbitration Date:**
**Current Trial Date:**
**Case Disposition:** Open

**Case Initiation Date:** 02/07/2024
**Jury Demand:** None
**Team:** 50
**Consolidated Case:** N
**# of DED Extensions:** 0
**# of Arb Adjournments:** 0
**# of Trial Date Adjournments:** 0
**Statewide Lien:**

### Plaintiffs (8) | Defendants (3) | ACMS Documents (2) | Fees (2)

- Atlas Data Privacy Corporation     (Party No. 1)
- Jane Doe 1     (Party No. 2)
- Jane Doe 2     (Party No. 3)
- Edwin Maldonado     (Party No. 4)
- Justyna Maloney     (Party No. 5)
- Scott Maloney     (Party No. 6)
- Patrick Colligan     (Party No. 7)
- William Sullivan     (Party No. 8)

### Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 02/07/2024 | 📎 ✉ | Complaint for MER-L-000284-24 submitted by PARIKH, RAJIV D, GENOVA BURNS LLC on behalf of ATLAS DATA PRIVACY CORPORATION, JANE DOE 1, JANE DOE 2, EDWIN MALDONADO, JUSTYNA MALONEY ET AL. against FORTNOFF FINANCIAL LLC, RICHARD ROES 1-10, ABC COMPANIES 1-10 | LCV2024346125 | 02/08/2024 |
| 02/09/2024 | 📎 ✉ | TRACK ASSIGNMENT Notice submitted by Case Management | LCV2024361897 | 02/09/2024 |
| 02/23/2024 | 📎 ✉ | AMENDED COMPLAINT submitted by PARIKH, RAJIV, D of GENOVA BURNS LLC on behalf of ATLAS DATA PRIVACY CORPORATION, JANE DOE 1, JANE DOE 2, EDWIN MALDONADO, JUSTYNA MALONEY ET AL. against ABC COMPANIES 1-10, FORTNOFF FINANCIAL LLC, RICHARD ROES 1-10 | LCV2024480225 | 02/23/2024 |
| 03/20/2024 | 📎 ✉ | ADJOURNMENT REQUEST (MOTION) submitted by PARIKH, RAJIV, D of GENOVA BURNS LLC on behalf of ATLAS DATA PRIVACY CORPORATION, JANE DOE 1, JANE DOE 2, EDWIN MALDONADO, JUSTYNA MALONEY ET AL. against ABC COMPANIES 1-10, FORTNOFF FINANCIAL LLC, RICHARD ROES 1-10 | LCV2024721897 | 03/20/2024 |

Showing 1 to 4 of 4 entries