UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corporat
            *Plaintiff*
v.

Fortnoff Financial, LLC, et a
            *Defendant*

Civil Action No. 3:24-cv-04390-MAS-TJB

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Fortnoff Financial, LLC, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

### OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*[signature]*
Signature of Attorney

3560 Lenox Rd, Ste 1600
Address
Atlanta, Ga 30326
City/State/Zip
April 2, 2024
Date