# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COOLIGAN, and WILLIAM SULLIVAN,<br><br>                Plaintiffs,<br><br>v.<br><br>FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                Defendants. | Case No.: 3:24-cv-04390<br><br><br>**APPLICATION OF FORTNOFF FINANCIAL, LLC FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL RULE 6.1(b)** |

Pursuant to Local Rule 6.1(b), application is hereby made for a Clerk's Order extending the time within Fortnoff Financial, LLC ("Fortnoff") may answer, move, or otherwise reply to the Complaint filed by Plaintiffs. It is represented that:

    1.    No previous extension has been obtained on Fortnoff's behalf;

    2.    Plaintiffs initiated this action by filing a Complaint in the Superior Court of New Jersey Law Division, Mercer County, on February 7, 2024.

    3.    Fortnoff removed this action to the District of New Jersey on March 29, 2024.

4. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the time for Fortnoff to answer, move, or otherwise reply would expire on April 5, 2024 (*i.e.*, seven (7) days after removal to federal court); and

5. Fortnoff applies for an extension of 14 days to answer, move, or otherwise reply to Plaintiffs' Complaint through April 19, 2024.

Dated: April 4, 2024.

Respectfully submitted,

*/s/ J. Timothy McDonald*
J. Timothy McDonald (ID No. 027201990)
Jennifer A. Adler (*Pro Hac Vice Motion* forthcoming)
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2900
Fax: 404.541.2906
Tim.McDonald@thompsonhine.com
Jennifer.Adler@thompsonhine.com

Steven G. Stranksy (*Pro Hac Vice* Motion forthcoming)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Phone: 216.566.5500
Fax: 216.566.5800
Steve.Stransky@thompsonhine.com

*Attorneys for Defendant Fortnoff Financial, LLC*

4886-8934-3410.2

## CERTIFICATE OF SERVICE

I, J. Timothy McDonald, hereby certify that I caused a true and correct copy of the foregoing **Application of Fortnoff Financial, LLC for an Extension of Time to Answer, Move, or Otherwise Reply Pursuant to Local Rule 6.1(b)** to be electronically filed with the Clerk of the District Court for the District of New Jersey using the CM/ECF system, and to be served upon counsel of record as set forth below, via email and Federal Express delivery:

Rajiv D. Parikh
Kathleen Barnett Einhorn
Genova Burns LLC
494 Broad Street
Newark, NJ 07102
rparikh@genovaburns.co,
Keinhorn@genovaburns.com

John A Yanchunis
Morgan & Morgan
201 N. Franklin Street
7th Floor
Tampa, FL 33602
jyanchunis@forthepeople.com

*/s/ J. Timothy McDonald*
J. Timothy McDonald (ID No. 027201990)

4886-8934-3410.2