# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

<table>
<tr>
<td>

ATLAS DATA PRIVACY
CORPORATION, as assignee of
individuals who are Covered Persons,
JANE DOE-1, a law enforcement office,
JANE DOE-2, a law enforcement officer,
EDWIN MALDONADO, SCOTT
MALONEY, JUSTYNA MALONEY,
PATRICK COLLIGAN, and WILLIAM
SULLIVAN,

Plaintiffs,

- against –

FORTNOFF FINANCIAL, LLC,
RICHARD ROES 1-10, fictitious names
of unknown individuals and ABC
COMPANIES 1-10, fictitious names of
unknown entities,

Defendants.

</td>
<td>

Civil Action No. 3:24-cv-04390-HB

**PROPOSED ORDER**

</td>
</tr>
</table>

THIS MATTER having come before the Court on the motion of Defendant

Fortnoff Financial, LLC ("Fortnoff") pursuant to Local Civil Rule 101.1(c), for an

Order granting the admission *pro hac vice* of Jennifer A. Adler, member of the bar

of Georgia and member of the bar of Florida, as their counsel in this matter, in all

phases of discovery and trial, in association with J. Timothy McDonald, a member

in good standing of the New Jersey Bar and with the District of New Jersey; and

the Court having considered the papers submitted in support; and for good cause

shown;

IT IS on this ___ day of _____, 2024, ORDERED that Jennifer A.

Adlder is hereby admitted *pro hac vice* as counsel for Fortnoff in this matter, in all

phases of discovery and trial, in association with J. Timothy McDonald, a member

of the New Jersey bar.

It is further ORDERED that counsel shall make necessary payments to the

New Jersey Lawyers' Fund for Client Protections and shall make the necessary fee

payments of $150.00 each, which is required by Local Civil Rule 101.1(c)(3) upon

admission.

_____
District Judge Harvey Bartle

2