**THOMPSON HINE LLP**
J. Timothy McDonald, Esq.
New Jersey Bar No. 027201990
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2900
Fax: 404.541.2906
Tim.McDonald@ThompsonHine.com

*Counsel for Defendant*
*Fortnoff Financial, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement office, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>       Plaintiffs,<br><br> - against –<br><br>FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>       Defendants. | Civil Action No. 3:24-cv-04390-HB<br><br><br>**MOTION TO APPEAR**<br>***PRO HAC VICE* FOR**<br>**STEVEN G. STRANSKY, ESQ.** |

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant Fortnoff Financial, LLC ("Fortnoff") move this Court for an Order admitting Steven G. Stransky *pro hac vice* in this matter on May 6, 2024.

PLEASE TAKE FURTHER NOTICE that the moving party shall rely upon the attached Certification of J. Timothy McDonald and Certification of Steven G. Stransky.  A proposed Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Fortnoff waives oral argument if there is no objection.

Date:  April 8, 2024

*/s/ J. Timothy McDonald*
J. Timothy McDonald, Esq.
New Jersey Bar No. 027201990
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2900
Fax: 404.541.2906
Tim.McDonald@ThompsonHine.com

2

## CERTIFICATE OF SERVICE

I certify that on this date I caused the Motion for *Pro Hac Vice* Admission of Steven G. Stransky, Certification of J. Timothy McDonald in support of Motion for *Pro Hac Vice* Admission, Certification of Steven G. Stransky in support of Motion for *Pro Hac Vice* Admission, and Proposed Order Admitting Attorney *Pro Hac Vice* to be filed with the Clerk of Court for the United States District Court for the District of New Jersey by using the CM/ECF system and understand that electronic notice of the filing will automatically be sent to all counsel of record.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 8, 2024

/s/ J. Timothy McDonald
J. Timothy McDonald