**THOMPSON HINE LLP**
J. Timothy McDonald, Esq.
New Jersey Bar No. 027201990
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2900
Fax: 404.541.2906
Tim.McDonald@ThompsonHine.com

*Counsel for Defendant*
*Fortnoff Financial, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement office, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>                     Plaintiffs,<br><br>    - against –<br><br>FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                     Defendants. | Civil Action No. 3:24-cv-04390-HB<br><br>**CERTIFICATION OF J. TIMOTHY MCDONALD IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. STRANSKY** |

J. TIMOTHY MCDONALD, being of full age and duly sworn according to law, certifies as follows:

1. I am a partner at the law firm Thompson Hine LLP, located at Two Alliance Center, 3560 Lenox Road NE, Suite 1600, Atlanta, Georgia 30326.

2. I am admitted to the practice of law in New Jersey and to the United States District Court for the District of New Jersey.

3. I am a member in good standing of the New Jersey Bar and with the District of New Jersey, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

4. Pursuant to D.N.J. L.Civ. R. 101.1, I submit this application for Steven G. Stransky, counsel at Thompson Hine, to be admitted *pro hac vice* and to appear as counsel for Defendant Fortnoff Financial, LLC in this matter.

5. I understand that all pleadings, briefs, stipulations, and other papers filed with the Court by Thompson Hine shall be signed by me or another Thompson Hine attorney admitted to practice in New Jersey and this Court.

6. Further, I agree to promptly notify Mr. Stransky of the receipt of all notices, orders, and pleadings.

7. Mr. Stransky submits to the disciplinary jurisdiction of this Court and the United States District Court for the District of New Jersey and acknowledges

that he will be bound by the Rules of Professional Conduct and the Local Rules of the United States District Court for the District of New Jersey.

8.   Mr. Stransky will remit payment to the New Jersey Lawyers' Fund for Client Protection, in accordance with D.N.J. L. Civ. R. 101.1, the annual payment prescribed in New Jersey Court Rule 1:28-2, for this year and will remit payment each calendar year in which he continues to represent a client in the above-captioned matter, in addition to any other required payments.  He will remit the $150 fee required by D.N.J. L. Civ. R. 101(c)(3) payable to the District Court, within 20 days after entry of an Order granting her admission.

9.   I will notify the Court immediately of any matter affecting his standing to practice anywhere she is admitted to practice law.

I certify that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: April 8, 2024
       Atlanta, Georgia

                                                                                                           /s/J. Timothy McDonald
                                                                                                           J. Timothy McDonald