THOMPSON HINE LLP
J. Timothy McDonald, Esq.
New Jersey Bar No. 027201990
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2900
Fax: 404.541.2906
Tim.McDonald@ThompsonHine.com

*Counsel for Defendant*
*Fortnoff Financial, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement office, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>                  Plaintiffs,<br><br>- against –<br><br>FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                  Defendants. | Civil Action No. 3:24-cv-04390-HB<br><br>**CERTIFICATION OF ADMISSION AND GOOD STANDING IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* FOR STEVEN G. STRANSKY** |

STEVEN G. STRANSKY, of full age, hereby certifies as follows:

1. I am a partner at the law firm of Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114.

2. I submit this certification in support of Defendant Fortnoff Financial, LLC's motion for my admission *pro hac vice* to participate in the above-captioned matter.

3. I received my J.D. degree from the University of Akron School of Law in 2007, and my LL.M. from Georgetown University Law Center in 2011.

4. I practice in Ohio, where I was admitted to practice on November 5, 2007, and I have remained fully qualified and in good standing to practice before all courts of the state since that date. The official address maintaining the roll of the members of Ohio's bar is: State Bar of Ohio, 1700 Lake Shore Drive, Suite 300, Columbus, OH 43204. I am also admitted to practice in the District of Columbia, where I was admitted to practice on January 9, 2009, and I have remained fully qualified and in good standing to practice before all courts of the state since that date. The official address maintaining the roll of the members of the District of Columbia's bar is: The District of Columbia Bar, 901 4th Street, NW, Washington, DC 20001.

5. I am also admitted and in good standing to practice in the United States District Court, Northern District of Ohio (admitted October 23, 2018), the United States District Court, Southern District of Ohio (admitted October 25, 2023), and the United States Court of Appeals for the Sixth Circuit (admitted November 7, 2018).

6. My fitness to practice law has not been challenged, and no charges or complaints alleging improper professional conduct have ever been filed against me.

7. I have not been denied admission to any state or federal court.

8. I am associated with J. Timothy McDonald, Esq. of Thompson Hine LLP, Two Alliance Center, 3560 Lenox Road NE, Suite 1600, Atlanta, Georgia 30316, attorneys of record in the above-captioned matter, for purposes of this case.

9. I am familiar with the facts and circumstances surrounding the above-captioned matter.

10. I am familiar with and agree to comply with the standards of professional conduct imposed upon members of the New Jersey Bar, including the Rules of Court governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

11. My application for *pro hac vice* admission is made under Local Civil Rule 101.1(c)(1).

12. I agree to be subjected to the jurisdiction of the United States District Court for the District of New Jersey with respect to any acts occurring during the course of my participation in this matter.

13. I respectfully request that I be admitted *pro hac vice* to appear and participate in this matter as an attorney for Defendant Fortnoff Financial, LLC.

14. I will make the necessary payment to the New Jersey Lawyers' Fund for Client Protection for 2024 and shall pay the $150.00 fee required by Local Civil Rule 101.1(c)(3) upon my admission *pro hac vice*.

15. I am not now and I never have been a member of the Bar of the State of New Jersey. Because I am not and I never have been a member of the New Jersey Bar, I am ineligible for admission to the bar of the Court under Rule 101.1(b) of the Local Civil Rules.

16. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

        Respectfully submitted,

        THOMPSON HINE LLP

        *Steven G. Stransky*
        STEVEN G. STRANSKY

Dated: April 8, 2024