# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement office, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>      Plaintiffs,<br><br> - against –<br><br>FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>      Defendants. | Civil Action No. 3:24-cv-04390-HB<br><br>**PROPOSED ORDER** |

   THIS MATTER having come before the Court on the motion of Defendant Fortnoff Financial, LLC ("Fortnoff") pursuant to Local Civil Rule 101.1(c), for an Order granting the admission *pro hac vice* of Steven G. Stransky, member of the bar of Ohio and member of the District of Columbia bar, as their counsel in this matter, in all phases of discovery and trial, in association with J. Timothy McDonald, a member in good standing of the New Jersey Bar and with the District

of New Jersey; and the Court having considered the papers submitted in support; and for good cause shown;

IT IS on this ___ day of _____, 2024, ORDERED that Steven G. Stransky is hereby admitted *pro hac vice* as counsel for Fortnoff in this matter, in all phases of discovery and trial, in association with J. Timothy McDonald, a member of the New Jersey bar.

It is further ORDERED that counsel shall make necessary payments to the New Jersey Lawyers' Fund for Client Protections and shall make the necessary fee payments of $150.00 each, which is required by Local Civil Rule 101.1(c)(3) upon admission.

_____
District Judge Harvey Bartle