UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement office, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>                    Plaintiffs,<br><br>  - against –<br><br>FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                    Defendants. | Civil Action No. 3:24-cv-04390-HB<br><br>~~PROPOSED~~ **ORDER** |

THIS MATTER having come before the Court on the motion of Defendant Fortnoff Financial, LLC ("Fortnoff") pursuant to Local Civil Rule 101.1(c), for an Order granting the admission *pro hac vice* of Jennifer A. Adler, member of the bar of Georgia and member of the bar of Florida, as their counsel in this matter, in all phases of discovery and trial, in association with J. Timothy McDonald, a member in good standing of the New Jersey Bar and with the District of New Jersey; and

the Court having considered the papers submitted in support; and for good cause shown;

IT IS on this 10th day of April, 2024, ORDERED that Jennifer A. Adlder is hereby admitted *pro hac vice* as counsel for Fortnoff in this matter, in all phases of discovery and trial, in association with J. Timothy McDonald, a member of the New Jersey bar.

It is further ORDERED that counsel shall make necessary payments to the New Jersey Lawyers' Fund for Client Protections and shall make the necessary fee payments of $150.00 each, which is required by Local Civil Rule 101.1(c)(3) upon admission.

/s/ Harvey Bartle III
District Judge Harvey Bartle