| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| John Scott | 24-cv-04269 | Thompson Reuters Defendants |
| Marcel Pratt | 24-cv-04267 | " |
| Marissa Wenzel | 24-CV-4271 | Choreograph LLC |
| Blaine Kimrey + Bryan Clark | 24-CV-3988 / 24-CV-4000 | Whitepages + Hiya |
| KEN FRIEDMAN | 24-CV-04770 | VERICAST CORP. |
| Richard Lomuscio | 24-CV-4345 | i360 |
| ~~Ryan McGee~~ Ryan McGee | Ps' Counsel | Ps' Counsel |
| ~~Mark Mao~~ Mark Mao | | |
| ~~James Lee~~ James Lee | | |
| ~~Adam Shaw~~ Adam Shaw | | |
| ~~Raj Parikh~~ Raj Parikh | ↓ | ↓ |
| Joshua Brinen | Morris County | REI PRO, LLC |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| George Z. Twill | 1:24-cv-04181-HB | Data Axle |
| Elijah O'Kelley | 24-cv-4298 | Equifax, Inc.; Kount, Inc. |
| SUDHIR RAO | 24-cv-4171 | PEOPLE DATA LABS, INC. |
| Angelo Stio Troutman, Pepper<br>Mike Schwartz | 24-cv- | Acxiom (4170); AT Data (4447); Carco group (4090); DM Group (4075); |
| | | Enformion (4110); Red Violet (4113); Remine (4992); Corelogic (4230); Property Radar (5600 |
| Jacqueline Weyand<br>Samantha Southall | 24-cv-04288 –<br>24-cv-04256 – | TransUnion TCADS, Neustar<br>Zillow Group Zillow Inc |
| Scott Christie | 24-4233 | BLACK KNIGHT TECHNOLOGIES<br>TECNYX, INC. |
| Alexandra S. Jacobs | 24-cv-5334 | First American ~~Title~~ Financial Corp. |
| David Sellinger | ~~24-cv-04184~~ 24-cv-04380 | GoHunt LLC, GoHunt Management Holdings, LLC, GoHunt Management Holdings II LLC |
| Bianca Evans | 24-CV-04184 | Wismer Systems INC. |
| ↓ | 24-CV-4175 | ClarHQS, LLC |
| | 24-CV-04609 | Nuwber, Inc. |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Tyler Domino | 24-cv-4392 | MyHeritage Ltd. MyHeritage (USA) Inc. |
| Eric Lubin | 24-4141 24-4143 24-4160 | Scabash Commerce Digital Safety Products Civil Data Research, National Data |
| H. Mark Stichel | 24-4434 | eMerges.com, Inc. |
| Ryan Cooper, Cooper LLC | 24-4174 | Labels & Lists, Inc. |
| Nick Lagemann | 24 cv 4392 | MYHERITAGE LTD MY HERITAGE (USA) INC. |
| David Cheifetz | 24-4850 | Lifetime value, et al. |
| Ryan Savercool | 24-4850 | Lifetime Value Co. |
| John MacDonald |  | 1) Accurate Append 2) Restoration for America |
| Robert Collins | 24-04227 24-04112 | 1) PeopleConnect/Intelius 2) Oracle Int'l et al. |
| Kevin DeMaio | 24-4168 | 1 Epsilon Data Management  3 Citrus Ad International 2 Conversant |
| Chirag Pale | 24-0104 24-0106 | 6Sense Insights Inc Search Querry Inc |
| Matthew Ahkao | 24-4385 | Synaptix Technology |
| Stephen Turner | 24-4073 | Commercial Real Estate Exchange Inc. |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Daniel Green | 24-cv-4299 | Spokeo, Inc |
| Brad Baglien | 24-cv-04111<br>24-cv-04105 | Costar Realty, Inc.<br>Light+Box Parent L.P. |
| Sarah Hutchins | 24-cv-03993 | Blackbaud, Inc. |
| Fred Alworth (Gibbons PC) | 24-CV-4261 | Equimine |
| Aaron Gold + Whitney Smith | 24-cv-4114 | Re/Max LLC |
| Robert Cosgrove | 24-04494696 | Delupont |
| William C. Baton | 24-4571<br>24-4770 | Precisely<br>Valassis |
| Kristen Rodriguez | 24-cv-04442 | Wiland Inc |
| Michael Margulies | 24-cv-04217 | Teltech<br>Epic Applications |
| Marc Shapiro | 24-cv-4095 | Julio |
| BETHANY LOBO | 24-4571<br>24-4770 | PRECISELY<br>VALASSIS |
| Xi "Tony" Gao | 24-4103 | Yardi Systems Inc. |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Jason A. Spak | 1:24-cv-04176 | Innovis Data Solutions, Inc. |
| Steven M. Gleeson, DAG | 1:24-cv-04176 | NJ Atty General |
| Jennifer Fionica Delgado | 1:24-cv-04383 | AccuZip Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Robert T Szyba | 24-cv-4037 4041 4095 | Atlas v We Inform Infomatics, People Searchers |
| David M. Stewart | 1:24-cv-04292 | Melissa Data |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Phil Yannella | 24-CV-4949 | Belles Camp Communications |
| Jennifer Adler | 24CV-4390 | Forthoff Financial |
| Gavin Rooney | ~~ ~~ | Lexis Nexis |
| Kelly Purcaro | 24-CV-04389 | Say Rockwell, Seacchbug, |
| Kory Ann Ferro | " " 05775 05658 05656 | AtomeLilist & Alesco " " " " |