

June 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corp., et al v. Fortnoff Financial, LLC*, No. 1:24-cv-4390-HB (D.N.J)
Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

This firm represents the defendant Fortnoff Financial, LLC ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins Defendants' Consolidated Motion to Dismiss and Memorandum in Support thereof, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-4105-HB (D.N.J.) (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

Tim McDonald

Cc: Counsel of Record (via ECF)

Tim.McDonald@ThompsonHine.com   Fax: 404.541.2905   Phone: 404.407.3623

THOMPSON HINE LLP        Two Alliance Center              www.ThompsonHine.com
ATTORNEYS AT LAW         3560 Lenox Road, Suite 1600      Phone: 404.541.2900
                         Atlanta, Georgia 30326-4266      Fax: 404.541.2905