## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COOLIGAN, and WILLIAM SULLIVAN,<br><br>               Plaintiffs,<br><br>     v.<br><br>FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>               Defendants. | Case No.: 3:24-cv-04390<br><br><br><br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Jennifer A. Adler of Thompson Hine LLP hereby withdraws her appearance as counsel of record for Defendant Fortnoff Financial, LLC. Steven J. Stransky and J. Timothy McDonald, also of Thompson Hine LLP, will remain as counsel of record for Defendant in this matter.

This 30th day of September, 2024.

Respectfully submitted,

*/s/ J. Timothy McDonald*

J. Timothy McDonald (ID No.
027201990)
Jennifer A. Adler (*Admitted Pro Hac
Vice*)
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA  30326
Telephone: (404) 541-2955
Facsimile:  (404) 541-2905
Tim.McDonald@ThompsonHine.com
Jennifer.Adler@thompsonhine.com

*Attorneys for Defendant,
Fortnoff Financial, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 30, 2024, a copy of the foregoing Notice of Withdraw of Counsel was served on all counsel of record via the Court's CM/ECF system.

J. Timothy McDonald