

THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    LOS ANGELES    WASHINGTON, D.C.
CHICAGO    CLEVELAND    DAYTON    NEW YORK

October 15, 2024

**Via ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *Atlas Data Privacy Corporation, et al. v. Fortnoff Financial, LLC, et al.*
            Case No. 1:24-cv-04390-HB

Dear Judge Bartle:

This firm represents Defendant Fortnoff Financial, LLC ("Fortnoff") in the above-referenced matter.  We write to advise the Court that the Fortnoff joins the Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint, which was filed on October 11, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, No. 24-cv-04105-HB (D.N.J.) (the "Supplemental Reply").  For the reasons set forth in the Supplemental Reply, Fortnoff respectfully requests that this Court dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

J. Timothy McDonald

cc:     All Counsel of Record *(via ECF)*

Tim.McDonald@thompsonhine.com  Fax: 404.541.2905  Phone: 404.407.3623

THOMPSON HINE LLP
ATTORNEYS AT LAW

Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266

www.ThompsonHine.com
Phone:  404.541.2900
Fax:  404.541.2905