UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: December 10, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**  **DOCKET NO.:** 24-4390 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
FORTNOFF FINANCIAL, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/David Bruey
Deputy Clerk

Time Commenced: 10:44a.m.    Time Adjourned: 10:45a.m.    Total Time in Court: 0:01