| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Rahul Marwar | 24-10596 | Atlas |
| Sofia Syed | 24-10596 | Atlas |
| Adam Shaw (BSF) | All | Atlas |
| Ryan McBee (Morgan & Morgan) | All | Atlas |
| Raj Parikh (Pem Law) | All | Atlas |
| Jessica Mirejo (Pem Law) | All | Atlas |
| Jason A Spak | 24-cv-04176 | Innovis |
| | | |
| | | |
| | | |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Kelly Purcaro | 1:24-cv-05656 | Alesco |
| Kelly Purcaro | 1:24-cv-05775 | Amerilist |
| Kelly Purcaro | 1:24-cv-07324 | US Data |
| Kelly Purcaro | 1:24-cv-05658 | Searchbug |
| Kelly Purcaro | 1:24-cv-04389 | Postcard mania |
| Kelly Purcaro | 1:24-cv-10600 | Datbow(?) |
| Christopher Cicitira | 1:24-cv-10571 | Constella Intelligence |
| Timothy Ortolani | 1:24-cv-10571 | Constella Intelligence |
| Kevin Reich | 24-cv-4261 | Equimine |
| Melissa Chuderewicz Anglo Spa(?) | 24-cv-0408 | Relure(?) |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Melissa Chudzewicz / Angelo Shio | 24cv04075 | DM Group |
| Melissa Chudzewicz / Angelo Shio | 24cv05000 | Property Radar |
| Melissa Chudzewicz / Angelo Shio | 24cv04664 | Rocket Reach |
| Michael O'Mullan / Giles Donzig | 24CV4292 | Melissa Data Corp |
| George Z Till | 24-cv-4181 | Data Axle, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Thomas Cialino | 1:24-cv-04949 | Belles Comp Communications, Inc. |
| Peter Quinn | 24-4383 | AccuZIP, Inc. |
| Jared Levy | 24-08451 | Compact Information Systems, LLC, Include to Data grid Marketing |
| " | " | Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deep Sync LLC, |
| " | " | Home data & Student Research Group |
| Erin Van Nostrand | 24-4380 | Gohenry, LLC et al. |
| Robert T Szyba | 24-cv-4437, 4441, 4445 | Atlas v. We Inform, Infomatics, Inc, Inc, The People Searchers |
| David Luttinger Jr. | 24-cv-10586 | Babel Street |
| Jordan Joachim | " | " |
| Bianca Evans | 04-04098 | Quantum Reign LLC |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| KEN FRIEDMAN MANATT, PHELPS & PHILLIPS, LLP | 24-8075 | SMARTY, LLC |
| MATTHEW AHKAD, LEWIS BRISBOIS | 24-04735 | SYNAPTEK TECHNOLOGY, LLC |
| JOHN MACDONALD CONSTANGY BROOKS SMITH & PROPHETE | 24-8075 | RESSIDANS FOR AMERICA ACCURATE APPEND |
| PATRICE J MISALE DAG NJ Attorney General | 24-4037 | NJ Attorney General (Intervenor) |
| H. MARK STICHEL RKW LLC | 24-4434 | eMerges.com, Inc. |
| Marc / Pratt | 24-4269 | Thomson Reuters |
| Bill Cossiure | 24-cv-4096 | Delupont |
| Samantha Southall | 24-CV-4254 | Zillow Inc Zillow Group |
| Michael Berry | 24-4269 | Thomson Reuters |
| Eric Wein | 24-cv-04160 3-24-cv-04141 3-24-cv-04153 | Scalodge Research Digital Sales Products Civil Data Research |