UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE HARVEY BARTLE III**

**DATE OF PROCEEDING**: January 14, 2025

**COURT REPORTER:** JOHN KURZ

**TITLE OF CASE:**  **DOCKET NO.:** 24-4390 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
FORTNOFF FINANCIAL, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                                                                    s/Lawrence MacStravic
                                                                                    Deputy Clerk

Time Commenced: 10:41a.m.    Time Adjourned: 10:42a.m.    Total Time in Court: 0:01