| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Ron D. Parikh | All | Plaintiffs |
| Adam Shaw | All | Plaintiffs |
| Peter Quinn | 24-8047 | AccuZIP, Inc. (Def.) |
| Bianca Evans | 04-04093 | Quantum |
| Kelly Purcaro | 05656 | Alesco |
| Kelly Purcaro | 05775 | Accurist |
| Kelly Purcaro | 10600 | DarkOwl |
| Kelly Purcaro | 04389 | JayRockwell |
| Kelly Purcaro | 05658 | Searchbug |
| Kelly Purcaro | 07334 | USData |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| KEN FRIEDMAN<br>MANATT PHELPS & PHILLIPS LLP | 84-8045 | SMARTY, LLC |
| PATRICIE M ISALA<br>Deputy Attorney General | 24-4037 | NJ Attorney General |
| MATTHEW AIKA<br>LEWIS BRISBOIS BISGAARD & SMITH | 24-4385 | SYNAPTIX TECHNOLOGY, LLC |
| Anglo Stio<br>Mike Schwartz<br>Troutman Pepper | 24-4096  24-5600<br>24-4075  24-4664 | Property Radar<br>Carco   Rocket Reach<br>Deluxe |
| NICOLE KNOUVIAN<br>STINSON LLC | 24-4345 | 1340 LLC |
| Jared Levy<br>Wood Smith Henning & Berman | 1:24-cv-08457 | Compact Information Systems, LLC,<br>Accudata Integrated Marketing, Inc |
| " | " | Alumni Finder, ASL Marketing, Inc,<br>College Brand Selection Services, Deep Sync Labs |
| " | " | Home data, Student Research Group |
| Andrew Breene<br>Lomuno Law | 1:24-cv-04160-HB | Scalable Commerce CWL Data Research<br>Digital Safety Products LLC |
| Omar Masouf<br>Riker Danzig | 24-4292 | Melissa Data Corp. |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Michael Berry, Baker Hostetler LLP | 24:cv-4269 | Thomson Reuters Entities |
| Sudhir Rao (Zwillgen PLLC) | 24-CV-11443 | Lighthouse List Company LLC |
| James W. Scott Jr., Wade Clark Mulcahy | 24-cv-04096-CCC-ESK | Delvepoint, LLC |
| Timothy Ortolani, Kaufman Dolowich | 24-cv-11023 | Spy Dialer, Inc. |
| Kevin Reich, Gibbons PC | 24-cv-4261 | Equimine Inc. |
| Krista Rose, Buchanan Ingersoll & Rooney PC | 24-cv-04256  24-cv-04288 | Zillow, Inc.  TransUnion, LLC |
| John MacDonald, Constangy | | Accurate Append  Restoration for America |
| David Sellinger, Greenberg Traurig | 24-4380 | GoHunt LLC; GoHunt Management Holdings LLC; GoHunt Management Holdings II LLC |
| Tyler Domino, Sidley Austin LLP | 24-cv-4392 | MyHeritage Ltd |
| Jason A. Spak, Fisher Broyles, LLP | 24-cv-4126 | Innovis Data Solutions Inc. |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Tom Cialino | 24-cv-04949 | Belles Camp Communications, Inc. |
| H. Marc Stichel | 24-cv-4434 | eMerges.com, Inc |
| Ryan J. Cooper | 24-cv-4174 | Labels & Lists |
| Robert T Szyba | 24-cv 4037 4045 4045 | People Searchers LLC / Enformion Industries |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |