THOMPSON HINE LLP
J. Timothy McDonald, Esq.
New Jersey Bar No. 027201990
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2900
Fax: 404.541.2906
Tim.McDonald@ThompsonHine.com

*Counsel for Defendant*
*Fortnoff Financial, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement office, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>                      Plaintiffs,<br><br>vs.<br><br>FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                      Defendants. | Civil Action No. 1:24-cv-04390-HB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES** |

On this day came on to be considered the Parties' Joint Motion to Stay All Deadlines (Doc. \_\_\_\_, the "Motion"). The Court having now reviewed said Motion finds that it is well taken and should be granted. It is therefore,

ORDERED that the Motion is hereby GRANTED and Defendant Fortnoff Financial, LLC's deadline to respond to the Complaint is further stayed until May 17, 2025.

It is further ORDERED that should settlement not be achieved by May 17, 2025, Defendant Fortnoff Financial, LLC shall be permitted to file responsive pleadings in this matter.

SO ORDERED this _____ day of March, 2025.

_____
Harvey Bartle III
United States District Court Judge