IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FORTNOFF FINANCIAL, LLC, et al. | : | NO. 24-4390 |

ORDER

AND NOW, this 13th day of March, 2025, it is hereby ORDERED that:

(1)  the Joint Motion to Stay All Deadlines is GRANTED;

(2) defendant Fortnoff Financial, LLC's deadline to respond to the complaint is stayed until May 17, 2025; and

(3)  should settlement not be achieved by May 17, 2025, Defendant Fortnoff Financial, LLC shall answer or otherwise respond to the complaint on or before June 6, 2025.

BY THE COURT:

/s/  Harvey Bartle III
                              J.