UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: September 12, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** FRANCESCA DI BELLA

**TITLE OF CASE:**  **DOCKET NO.:** 24-4390 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
FORTNOFF FINANCIAL, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 10:47a.m.    Time Adjourned: 10:48a.m.    Total Time in Court: 0:01