THOMPSON HINE LLP
J. Timothy McDonald, Esq.
New Jersey Bar No. 027201990
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2900
Fax: 404.541.2906
Tim.McDonald@ThompsonHine.com

*Counsel for Defendant*
*Fortnoff Financial, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement office, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> vs. <br><br> FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Civil Action No. 1:24-cv-04390-HB <br><br> **JOINT MOTION TO STAY ALL DEADLINES** |

Plaintiffs Atlas Data Privacy Corporation, Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, and William Sullivan ("Plaintiffs") and Defendant Fortnoff Financial, LLC ("Defendant") by and through their undersigned counsel and subject to the approval of this Court, hereby files this Corrected Unopposed Motion to Stay all Deadlines, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiffs and Defendant (jointly, the "Parties") have been settled in principle. The Parties are in the process of memorializing the terms of a written settlement agreement. The Parties anticipate that they will be able to perform such terms within forty-five (45) days. Accordingly, the Parties respectfully request that the Court grant a stay of the proceedings between the parties, including all deadlines, November 6, 2025.

The Parties agree that should settlement not be achieved by November 6, 2025 nothing shall bar Defendant from filing a responsive pleading in this matter.

Good cause exists for granting this Joint Motion, as set forth above. The Motion is not filed for purposes of delay, but so that justice may be served.

WHEREFORE, Plaintiff and Defendant pray that this Honorable Court will grant their Joint Motion to Stay All Deadlines and stay proceedings in this matter until November 6, 2025.

Respectfully submitted this 23rd day of September, 2025.

PEM LAW LLP
(signed with express permission)
*/s/ Rajiv D. Parikh*
Rajiv D. Parikh
Kathleen Barnett Einhorn
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
RParikh@PemLawFirm.com
KEinhorn@PemLawFirm.com

THOMPSON HINE LLP

*/s/ J. Timothy McDonald*
J. Timothy McDonald
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2906
Fax: 404.541.2906
Tim.McDonald@ThompsonHine.com

Steven G. Stransky
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Phone: 216.566.5500
Fax: 216.566.5800
Steve.Stransky@ThompsonHine.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 23, 2025 to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ J. Timothy McDonald*
J. Timothy McDonald (ID No. 027201990)
