IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| FORTNOFF FINANCIAL, LLC, et al. | : : | NO. 24-4390 |

<u>ORDER</u>

AND NOW, this 6th day of November 2025, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  the joint motion to stay all deadlines (Doc. # 68) is GRANTED and said deadlines are further stayed until December 5, 2025.  NO FURTHER EXTENSIONS WILL BE GRANTED; and

(2)  should settlement not be achieved by December 5, 2025, Defendant Fortnoff Financial, LLC shall file an answer or otherwise respond to the complaint.

BY THE COURT:

<u>/s/  Harvey Bartle III    </u>
J.