**THOMPSON HINE LLP**
J. Timothy McDonald, Esq.
New Jersey Bar No. 027201990
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404.541.2900
Fax: 404.541.2906
Tim.McDonald@ThompsonHine.com

*Counsel for Defendant Fortnoff Financial, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement office, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>         Plaintiffs,<br><br>vs.<br><br>FORTNOFF FINANCIAL, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>         Defendants. | Civil Action No. 1:24-cv-04390-HB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  **IT IS HEREBY STIPULATIED AND AGREED** by and between the parties that pursuant to Federal Rule of Civil Procedure 41, and the terms of the Parties' Settlement Agreement, Plaintiffs Atlas Data Privacy Corporation, *as assignee for individuals who are Covered Persons,* Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney,

Patrick Colligan, and William Sullivan ("Plaintiffs") and Defendant Fortnoff Financial, LLC ("Fortnoff") hereby stipulate to the dismissal with prejudice of all claims against Fortnoff in this matter. This Court shall retain jurisdiction to enforce this Order of Dismissal.

The parties shall bear their own costs, expenses, and attorney's fees incurred in this matter.

STIPULATED AND AGREED TO this 4th day of December 2025.

| | |
|---|---|
| PEM LAW LLP<br>(signed with express permission)<br>*/s/ Jessica A. Merejo*<br>Rajiv D. Parikh<br>Kathleen Barnett Einhorn<br>Jessica A. Merejo<br>1 Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>RParikh@PemLawFirm.com<br>KEinhorn@PemLawFirm.com<br>JMerejo@PemLawFirm.com | THOMPSON HINE LLP<br><br>*/s/ J. Timothy McDonald*<br>J. Timothy McDonald<br>Two Alliance Center<br>3560 Lenox Road, Suite 1600<br>Atlanta, Georgia 30326<br>Phone: 404.541.2906<br>Fax: 404.541.2906<br>Tim.McDonald@ThompsonHine.com<br><br>Steven G. Stransky<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114<br>Phone: 216.566.5500<br>Fax: 216.566.5800<br>Steve.Stransky@ThompsonHine.com |

SO ORDERED this _____ day of _____ 2025.

                                                  _____
                                                  Honorable Harvey Bartle III
                                                  Senior United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 4, 2025, to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ J. Timothy McDonald*
J. Timothy McDonald (ID No. 027201990)
